# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALLAN J. CAMAISA, as Seller's Representative for SHAREHOLDERS OF PARALLEL 6, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PHARMACEUTICAL RESEARCH ASSOCIATES, INC., a Virginia corporation,<br><br>　　　　　　Defendant. | Civil Action No. 21-cv-00775-EJW |

## FINAL JUDGMENT

In accordance with the court's March 22, 2022 Memorandum Opinion granting Defendant Pharmaceutical Research Associates, Inc.'s Motion to Dismiss pursuant to FED. R. CIV. P. 12(b)(6) *with prejudice* and denying Plaintiff Allan J. Camaisa's request for leave to amend his Complaint, and having determined that there is no just reason for delay,

The court **ORDERS, ADJUDGES,** and **DECREES** that the claims asserted by Plaintiff in his Complaint against Defendant are dismissed with prejudice. The court intends for this Final Judgment to be the court's final, appealable judgment resolving all claims as to all parties in this case and is made without prejudice as to the parties' rights to seek fees and costs under FED. R. CIV. P. 54(d), to the extent permitted by law.

**SO ORDERED** on this 30th day of March, 2022.

/s/ Evan J. Wallach
_____
Judge Evan J. Wallach
United States Court of Appeals for the Federal Circuit